TERRENCE A. RODEN, SBN 62549
ATTORNEY AT LAW
626 Wilshire Blvd, Suite 900
Los Angeles, California 90017
Telephone:  (213) 439-4900
Fax :    (213) 439-4904
Rodenlaw@aol.com

Attorney for Defendant
KEITH BRIAN CAIN

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                   )<br>            Plaintiff,                    )<br>                                                   )<br>vs.                                              )<br>                                                   )<br>                                                   )<br>KEITH BRIAN CAIN,                )<br>                                                   )<br>            Defendant.                 )<br>_____) | CASE NO.: CR 05-00356-FCD<br><br>**STIPULATION TO CONTINUE THE DEFENDANT'S SENTENCING HEARING**; ORDER<br><br>Date: May 15, 2006<br>New Proposed Date: September 25, 2006<br>Time:  9:30 a.m.<br>Courtroom of the Honorable FRANK C. DAMRELL |

   It is hereby stipulated, by and between the parties, Assistant United States Attorney Matthew D. Segal for the Plaintiff and Terrence A. Roden, Attorney for the defendant Keith Brian Cain, that the sentencing hearing presently set for May 15, 2006 be continued to September 25, 2006 at 9:30 a.m.

   The  reason for the continuance is to request additional to time to allow the US Probation's Office  to interview and submit its report.  Additional time is further needed to allow the defense to reply to the Pre Sentencing Report prior to the sentencing hearing.

Dated: April _____, 2006                    Respectfully submitted,


                                                                    _____
                                                                    MATTHEW D. SEGAL
                                                                    By: Terrence A. Roden
                                                                    Per Telephonic Authorization
                                                                    Assistant United States Attorney
                                                                    Attorney for the Plaintiff
                                                                    United States of America

1  Dated: April _____, 2006

2
                                           _____
                                           TERRENCE A. RODEN
3                                          Attorney for Defendant
                                           KEITH BRAIN CAIN
4

5      GOOD CAUSE APPEARING BY STIPULATION, It is hereby ordered that the

6  sentencing be continued from May 15, 2006 to September 25, 2006 at 9:30 a.m.  New PSR

7  schedule shall issue in conjunction with this order.

8
   Dated: April 28, 2006
9

10                                         /s/ Frank C. Damrell Jr._____
                                           HONORABLE JUDGE FRANK C. DAMRELL
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28