```
TERRENCE A. RODEN, SBN 62549
ATTORNEY AT LAW
626 Wilshire Blvd, Suite 900
Los Angeles, California 90017
Telephone: (213) 439-4900
Fax :    (213) 439-4904
Rodenlaw@aol.com
Attorney for Defendant
KEITH BRIAN CAIN
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: CR 05-00356-FCD |
| Plaintiff, ) | **STIPULATION AND ORDER TO CONTINUE THE DEFENDANT'S SENTENCING HEARING** |
| vs. ) | |
| ) | Date: September 25, 2006 |
| KEITH BRIAN CAIN, ) | New Proposed Date: March 26, 2007 |
| ) | Time: 9:30 a.m. |
| Defendant. ) | Courtroom of the Honorable FRANK C. DAMRELL |

It is hereby stipulated, by and between the parties, Assistant United States Attorney Matthew D. Segal for the Plaintiff and Terrence A. Roden, Attorney for the defendant Keith Brian Cain, that the sentencing hearing presently set for September 25, 2006 be continued to March 26 , 2007 at 9:30 a.m.

The reason for the continuance is to request additional to time to allow the US Probation's Office to interview and submit its report. Additional time is further needed to allow the defense to reply to the Pre Sentencing Report prior to the sentencing hearing.

Dated: August _____, 2006          Respectfully submitted,

```
                                    _____
                                    MATTHEW D. SEGAL
                                    By: Terrence A. Roden
                                    Per Telephonic Authorization
                                    Assistant United States Attorney
                                    Attorney for the Plaintiff
                                    United States of America
```

1 | Dated: August _____, 2006

2

3 | TERRENCE A. RODEN
Attorney for Defendant
KEITH BRAIN CAIN

4

5

6 | ORDER

7 | GOOD CAUSE APPEARING BY STIPULATION, It is hereby ordered that the

8 | sentencing be continued from September 25, 2006 to March 26, 2007 at 9:30 a.m.

9 | Dated: August 29, 2006

10

11 | /s/ Frank C. Damrell Jr.
HONORABLE JUDGE FRANK C. DAMRELL