1   DANIEL J. BRODERICK, #89424
    Federal Defender
2   TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, California 95814
    Telephone: (916) 498-5700
5

6   Attorney for Defendant
    KEITH BRIAN CAIN
7

8

9               IN THE UNITED STATES DISTRICT COURT

10           FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13   UNITED STATES OF AMERICA,   )  No. CR. S-05-0356 FCD
                          )
14              Plaintiff,   )
                          )  **UNOPPOSED MOTION TO SUBSTITUTE**
15      v.                 )  **COUNSEL FOR DEFENDANT;**
                          )  **ORDER**
16   KEITH BRIAN CAIN,       )
                          )
17             Defendant.   )
                          )  Judge: Hon. Kimberly J. Mueller
18  _____ )

19

20     At the request of defendant, Keith Brian Cain, the Office of the

21   Federal Defender hereby moves the Court to substitute it as counsel for

22   Mr. Cain in place of Terrence A. Roden, Esq.

23     Mr. Cain recently contacted the Federal Defender for assistance

24   after learning that his retained counsel, Mr. Roden, had died.  Mr.

25   Roden's business address is 626 Wilshire Blvd., Suite 900, Los Angeles,

26   90017; his telephone, which is now answered by a service, is (213) 439-

27   4900.  A check of the California State Bar website this afternoon lists

28   Mr. Roden's status as "deceased."

1    Because Mr. Cain cannot obtain Mr. Roden's signature on a

2    substitution as required by Local Rule 83-182(g), he brings this motion

3    instead.   The Federal Defender recently spoke to counsel for the

4    government about a potential conflict issue involving the case; counsel

5    for the government ruled out the existence of a conflict and advised he

6    has no objection to a substitution.

7    The Federal Defender asks that the appointment be made subject to

8    contribution in the event Mr. Cain is able to obtain a partial refund of

9    the retainer he paid Mr. Roden to handle the entire case or funding from

10   other sources.

11

12                                    Respectfully submitted,

13                                    DANIEL J. BRODERICK
                                      Federal Defender
14

15   Dated:   February 5, 2007        /s/ T. Zindel
                                      TIMOTHY ZINDEL
16                                    Assistant Federal Defender
                                      Attorney for Defendant
17                                    KEITH BRIAN CAIN

18

19                            **O R D E R**

20

21   The Office of the Federal Defender is hereby substituted as

22   counsel for defendant in the above matter.

23   IT IS SO ORDERED.

24   Dated:   February 6, 2007.

25                                    _____
                                      U.S. MAGISTRATE JUDGE
26

27

28

Mot. to substitute counsel          -2-