UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR-S- 05-0356   FCD |
| v. | |
| KEITH CAIN, | **RELATED CASE ORDER** |
| Defendant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR-S- 06-0054 FCD |
| v. | |
| DENNIS NORTON, and MARGIE NOVAK, | |
| Defendants. | |

| | |
|---|---|
| UNITED STATES OF AMERICA | No. CR-S-06-0461 GEB |
| Plaintiff, | |
| v. | |
| VIRGINIA ROMERO & TERRY NELSON, | |
| Defendants. | |

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 83-123(a) (E.D. Cal. 1997). The actions involve many of the same defendants and are based on the same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that these actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated, CR S-06-0461 GEB is reassigned to Judge Frank C. Damrell, Jr. for all further proceedings, and any dates currently set in the reassigned case only are hereby VACATED. Henceforth, the caption on documents filed in the reassigned case shall be shown as, CR S-06-0461 FCD.

A status conference is set for Monday, February 26, 2007 at 10:00 a.m. in Courtroom #2 before the Honorable Frank C. Damrell Jr.

IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: February 14, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE