```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KEITH CAIN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR. S-05-0356 FCD |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING AND SCHEDULING PRESENTENCE REPORT** |
| v. | |
| KEITH CAIN, | Date: March 26, 2007 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Hon. Frank C. Damrell, Jr. |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Keith Cain, that the hearing on judgment and sentencing (now scheduled for March 26, 2007) may be continued to May 21, 2007, at 10:00 a.m. The parties further agree that the schedule for preparation of the presentence report may be amended as follows:

(1) Draft report due                April 16, 2007

(2) Informal objections due         April 30, 2007

(3) Final report due                May 7, 2007

(4) Formal objections due           May 14, 2007

(5) Hearing on J & S                May 21, 2007

/////

1  This stipulation is intended to afford the probation office
2  additional time to interview Mr. Cain and to complete the draft pre-
3  sentence report, preparation of which was delayed by the death of Mr.
4  Cain's retained counsel, Terrence Roden.  The assigned Assistant Federal
5  Defender also seeks additional time to learn the facts of the case,
6  following his appointment earlier this month.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  February 22, 2007        /s/ T. Zindel
                                 TIMOTHY ZINDEL
                                 Assistant Federal Defender
                                 Attorney for KEITH CAIN


                                 McGREGOR SCOTT
                                 United States Attorney


Dated:  February 22, 2007        /s/ T. Zindel for M. Segal
                                 MATTHEW SEGAL
                                 Assistant U.S. Attorney


    IT IS SO ORDERED.


Dated:  February 23, 2007




                                 _____
                                 FRANK C. DAMRELL, JR.
                                 UNITED STATES DISTRICT JUDGE