```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    KEITH CAIN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S-05-0356 FCD |
| Plaintiff, ) | **STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING AND SCHEDULING PRESENTENCE REPORT** |
| v. ) | |
| KEITH CAIN, ) | Date: May 21, 2007 |
| Defendant. ) | Time: 10:00 a.m. |
| | Judge: Hon. Frank C. Damrell, Jr. |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Keith Cain, that the hearing on judgment and sentencing (now scheduled for May 21, 2007) may be continued to June 25, 2007, at 10:00 a.m. The parties further agree that the schedule for preparation of the presentence report may be amended as follows:

(1) Draft report due            May 21, 2007

(2) Informal objections due     June 4, 2007

(3) Final report due            June 11, 2007

(4) Formal objections due       June 18, 2007

(5) Hearing on J & S            June 25, 2007

/////

1   This stipulation is intended to afford the probation office
2   additional time to interview Mr. Cain and to complete the draft
3   presentence report, preparation of which was delayed by the death of Mr.
4   Cain's retained counsel, Terrence Roden.  The assigned Assistant Federal
5   Defender also seeks additional time to learn the facts of the case and to
6   obtain discovery from the government.

7                                       Respectfully submitted,

8                                       DANIEL J. BRODERICK
                                        Federal Defender
9

10  Dated:  April 4, 2007               /s/ T. Zindel
                                        TIMOTHY ZINDEL
11                                      Assistant Federal Defender
                                        Attorney for KEITH CAIN
12

13                                      McGREGOR SCOTT
                                        United States Attorney
14

15  Dated:  April 4, 2007               /s/ T. Zindel for M. Segal
                                        MATTHEW SEGAL
16                                      Assistant U.S. Attorney

17

18                          **O R D E R**

19      The above schedule is adopted.

20      IT IS SO ORDERED.

21

22  Dated:  April 5, 2007

23

24                                      _____
                                        FRANK C. DAMRELL, JR.
25                                      UNITED STATES DISTRICT JUDGE

26

27

28

Stip. re J&S in U.S.A. v. K. Cain            2