```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KEITH CAIN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>       Plaintiff,  )<br>  )<br>   v.  )<br>  )<br>KEITH CAIN,  )<br>  )<br>       Defendant.  )<br>_____ ) | No. CR. S-05-0356 FCD<br><br>**STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING AND SCHEDULING PRESENTENCE REPORT**<br><br>Date:  June 25, 2007<br>Time:  10:00 a.m.<br>Judge: Hon. Frank C. Damrell, Jr. |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Keith Cain, that the hearing on judgment and sentencing (now scheduled for June 25, 2007) may be continued to August 20, 2007, at 10:00 a.m.  The parties further agree that the schedule for preparation of the presentence report may be amended as follows:

    (1) Draft report due                     July 9, 2007

    (2) Informal objections due          July 23, 2007

    (3) Final report due                    August 6, 2007

    (4) Formal objections due            August 13, 2007

    (5) Hearing on J & S                  August 20, 2007 at 10:00 a.m.

1    This stipulation is intended to afford the probation office
2 additional time to interview Mr. Cain and to complete the draft
3 presentence report.  The assigned Assistant Federal Defender also seeks
4 additional time to learn the facts of the case and to obtain discovery
5 from the government.

6                                            Respectfully submitted,

7                                            DANIEL J. BRODERICK
                                             Federal Defender
8

9 Dated:  May 22, 2007                       /s/ T. Zindel
                                             TIMOTHY ZINDEL
10                                           Assistant Federal Defender
                                             Attorney for KEITH CAIN
11

12                                           McGREGOR SCOTT
                                             United States Attorney
13

14 Dated:  May 22, 2007                      /s/ T. Zindel for M. Segal
                                             MATTHEW SEGAL
15                                           Assistant U.S. Attorney

16

17                            **O R D E R**

18    The above schedule is adopted.

19    **IT IS SO ORDERED**.

20

21 Dated:  May 22, 2007

22

23

24                                _____
                                  FRANK C. DAMRELL, JR.
                                  UNITED STATES DISTRICT JUDGE
25

26

27

28                                      2