```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

    Attorney for Defendant
 6  KEITH CAIN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | No. 2:05-cr-0356 FCD |
|                                 ) | |
|             Plaintiff,          ) | **STIPULATION AND ORDER** |
|                                 ) | **CONTINUING JUDGMENT AND** |
|        v.                       ) | **SENTENCING** |
|                                 ) | |
| KEITH CAIN,                     ) | Date:  August 20, 2007 |
|                                 ) | Time:  10:00 a.m. |
|             Defendant.          ) | Judge: Hon. Frank C. Damrell, Jr. |
| _____ ) | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Keith Cain, that the hearing on judgment and sentencing (now scheduled for August 20, 2007) may be continued to October 1, 2007, at 10:00 a.m.

/////

/////

/////

/////

/////

/////

1   The final presentence report has been prepared and no formal
2 objections are anticipated.  However, to assure a timely filing, the
3 parties agree to provide any sentencing materials to the Court on or
4 before September 24, 2007.

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:  August 13, 2007                 /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for KEITH CAIN


                                        McGREGOR SCOTT
                                        United States Attorney


Dated:  August 13, 2007                 /s/ T. Zindel for M. Segal
                                        MATTHEW SEGAL
                                        Assistant U.S. Attorney



     IT IS SO ORDERED.

DATED: August 15, 2007


                                        _____
                                        FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE