DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KEITH CAIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>KEITH CAIN,<br><br>            Defendant. | No. CR. S-05-356 FCD<br><br>**STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING**<br><br>Date:  October 1, 2007<br>Time:  10:00 a.m.<br>Judge: Hon. Frank C. Damrell, Jr. |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Keith Cain, that the hearing on judgment and sentencing (now scheduled for October 1, 2007) may be continued to November 26, 2007, at 10:00 a.m.

   The final presentence report has been prepared and no formal objections are anticipated at this time.

///

///

///

///

///

```
                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:   September 24, 2007             /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for KEITH CAIN


                                        McGREGOR SCOTT
                                        United States Attorney


Dated:   September 24, 2007             /s/ T. Zindel for M. Segal
                                        MATTHEW SEGAL
                                        Assistant U.S. Attorney
```

**IT IS SO ORDERED.**

DATED: September 26, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Stip. re J&S in U.S.A. v. K. Cain         2